UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 23-477 (RMB) |
| vs. | |
| TAUHID TAYLOR | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of the United States, by Alina Habba, Acting United States Attorney for the District of New Jersey (Josephine J. Park, Assistant U.S. Attorney, appearing), and defendant Tauhid Taylor (Ikram Ally, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence.

2. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A)

and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 29th day of July, 2025,

ORDERED that this action be, and hereby is, continued until September 26, 2025; and it is further

ORDERED that the period from the date of this order through September 26, 2025 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
Honorable Renée Marie Bumb
Chief United States District Judge

Consented to as to form and entry:

_____
Josephine J. Park
Assistant U.S. Attorney


*s/ Ikram Ally*
_____
Ikram Ally, Esquire
Counsel for defendant Tauhid Taylor